# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-4381-DOC (JEM) | Date | February 10, 2022 |
|---|---|---|---|
| Title | Davionne Dunson v. J. Bonnifield, et al. | | |

Present: The Honorable     John E. McDermott, United States Magistrate Judge

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 26, 2021, Davionne Dunson ("Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 29, 2021, the Court issued an Initial Case Order, in which Plaintiff was expressly advised that he must promptly proceed with service of the summons and complaint on all named defendants pursuant to Fed. R. Civ. P. 4 and file proof of service thereof within ninety days of the filing of the complaint.

More than ninety days have passed since the complaint was filed, and Plaintiff has failed to file proof of service of the summons and complaint.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and failure to comply with a court order because he has not filed proof of service of the summons and complaint.

Plaintiff shall file a written response to this Order no later than **February 24, 2022**. If Plaintiff does not file a timely response, the Court will recommend that this action be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff may show cause by filing proof of service of the summons and complaint as previously ordered.

cc:     Parties

| | : | |
|---|---|---|
| | Initials of Preparer | slo |