# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIONNE DUNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>J. BONNIFIELD, et al.,<br><br>  Defendants. | Case No. CV 21-4381-DOC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: April 4, 2022

/s/ David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE